IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR315 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SHANTORIA VALENTINE-DEGUENON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue trial by the plaintiff (Filing No. 16). Plaintiff seeks a continuance of the trial of this matter since an essential witness will be unavailable for trial. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Plaintiff's motion to continue trial (Filing No. 16) is granted.

2. Trial of this matter is re-scheduled for **December 8, 2014,** before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 27, 2014, and December 8, 2014,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that an essential witness will be unavailable for trial. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(3)(A).

DATED this 27th day of October, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge